■ Stephen W. Ingraham et al., Individually and as Parents and Natural Guardians of Anne M. Ingraham and Others, Infants, Appellants-Respondents, v Southtowns Industries, Inc., Doing Business as Southtowns Insulation Co., Respondent-Appellant, et al., Defendants. (Appeal No. 3.) [625 NYS2d 957] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Cottonaro v Southtowns Indus.* ([appeal No. 1] 213 AD2d 993 [decided herewith]). (Appeals from Order of

Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Denman, P. J., Fallon, Balio and Boehm, JJ.